# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  MICHAEL C WAZIO | ) | Case No. 24 B 04207 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for May 20, 2024 10:30 am, for the following:

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1). Debtor to provide the Trustee with copies of all pay advices received from current employer.

Debtor has failed to properly fill out schedules in accordance with 11 U.S.C. Sections 521(a)(1)(B)(i).  Debtor to amend form 122c2 to complete line #46 to reflect the Lanning adjustment for the new employer.

The Trustee requests a comparative market analysis for debtor's 9530 Cook Ave. #212, Oak Lawn, IL.  The liquidation analysis of 11 USC 1325 (a)(4) cannot be completed until this is resolved.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: April 26, 2024                                                            /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  MICHAEL C WAZIO | ) | Case No. 24 B 04207 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, a non-attorney, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

CUTLER & ASSOC                                                              (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                               (via CM/ECF)
United States Trustee

MICHAEL C WAZIO                                                             (via First Class Mail)
9530 COOK AVE #212
OAK LAWN, IL 60453
*debtor*

Dated: April 26, 2024                                                       /s/ Chris Domann

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900