UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 24-04207 |
|---|---|---|
| Michael C Wazio | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This matter coming to be heard on the Motion for Relief from the Automatic Stay of Capital One, N.A. ("Movant"), by and through its undersigned attorney, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. The parties herein agree that the interest of Movant is adequately protected by this agreed order and performance as more particularly set forth herein with respect to 9530 S Cook Ave, Unit 212, Oak Lawn, IL 60453 (the "Property").

2. Debtor is post-petition due for January 22, 2025. The post-petition default consists of Attorney fees at $1,350.00, Attorney costs at $199.00, less Debtor's suspense balance at $.32, for a total of $1,548.68. Debtor will pay direct the total post-petition default over a 6-month period by tendering five (5) payments of $258.10 from February 1, 2026 through June 1, 2026 and one (1) payment of $258.18 on July 1, 2026. Debtor will resume regular direct mortgage payments beginning on January 22, 2026.

3. Should Debtor default in payment of any sum specified herein, or if the Debtor falls two months behind on post-petition mortgage payments, Movant may give notice to the Debtor and Debtor's Attorney. If Debtor does not cure the default within fourteen (14) calendar days from the date of the notice, Movant shall file a Notice of Termination of Stay and the automatic stay will be terminated. Payments are to be sent to the below address:
Capital One, N.A.
Attn: Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

4. In the event the case converts to any other chapter, dismisses or discharges, the terms of this order are no longer in effect or binding.

Enter:

J. Cox

United States Bankruptcy Judge

Dated: 1/28/26

**Prepared by:**
Minh C. Wai, Esq.

Quintairos, Prieto, Wood & Boyer, P.A.
141 W. Jackson Blvd., Suite 1575
Chicago, IL 60604
(407) 872-6011
minh.wai@qpwblaw.com

Agreed to By:
/s/ Minh C. Wai
Minh C. Wai, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
141 W. Jackson Blvd., Suite 1575
Chicago, IL 60604
(407) 872-6011
minh.wai@qpwblaw.com

/s/ Michelle E. Mandroiu
Michelle E. Mandroiu, Esq.
Cutler & Associates, Ltd.
Skokie, IL 60076
Phone: (847) 673-8600
michelle@cutlerltd.com